KENDALL BRILL & KLIEGER LLP
Philip M. Kelly (212714)
  pkelly@kbkfirm.com
Richard M. Simon (240530)
  rsimon@kbkfirm.com
10100 Santa Monica Blvd., Suite 1725
Los Angeles, California 90067
Telephone: 310.556.2700
Facsimile: 310.556.2705

Attorneys for Viacom Inc.,
and Viacom International Inc.

WILLENKEN WILSON LOH & DELGADO LLP
William A. Delgado (222666)
  wdelgado@willenken.com
Nicole A. Diaz (Bar No. 254839)
  ndiaz@willenken.com
707 Wilshire Blvd., Suite 3850
Los Angeles, California 90017
Telephone: (213) 955-9240
Facsimile: (213) 955-9250

Attorneys for Plaintiff Richard Postman

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| RICHARD POSTMAN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SPIN MASTER, LTD., a Canadian corporation, MATTHEW WEXLER, an individual, VIACOM, INC., a Delaware corporation, VIACOM INTERNATIONAL INC., a Delaware corporation,<br><br>Defendants. | Case No. 2:14-CV-05516 GW (Ex)<br><br>[PROPOSED] STIPULATED PROTECTIVE ORDER CONCERNING USE OF NIELSON COMPANY RATINGS MATERIALS<br><br>Judge: Hon. George H. Wu<br><br>Trial Date: February 16, 2016 |

241968.3

Case No. 2:14-CV-05516 GHW (Ex)

STIPULATED PROTECTIVE ORDER CONCERNING USE OF NIELSON RATINGS MATERIALS

## GOOD CAUSE STATEMENT

The Court may enter a protective order upon a showing of good cause. *Phillips v. G.M. Corp.*, 307 F.3d 1206, 1209 (9th Cir. 2002) (Rule 26(c)). Here, there is good cause for the entry of this protective order. Plaintiff Richard Postman ("Plaintiff") has filed claims of copyright infringement against defendants Spin Master Ltd. and Matthew Wexler (together "Spin Master Defendants"), and against defendants Viacom Inc. and Viacom International, Inc. ("Viacom Defendants") relating to the animated television program *Paw Patrol*. Plaintiff has requested that the Viacom Defendants produce certain information and documents concerning *Paw Patrol*'s televisions ratings, including ratings data that is created and furnished to Viacom Defendants by the Nielsen Company, LLC ("Nielsen"). Nielsen, which is not a party to this action, deems its ratings materials to be confidential, sensitive, and proprietary business information, which it licenses to clients such as the Viacom Defendants for valuable consideration. Viacom Defendants have commitments to Nielsen to protect ratings materials and limit their public dissemination, and Viacom Defendants likewise consider the materials to be proprietary information.

The use of Nielsen ratings materials should be limited within this litigation to prevent harm to Nielsen and the Viacom Defendants from unnecessary disclosures. The purpose of this Stipulation and Protective Order is to provide a means for limiting access to and use and disclosure of Nielsen ratings materials that are produced in this action. Any unauthorized disclosure of confidential documents or information in violation of this Order may be subject to discipline by the contempt powers of this Court.

Based on the foregoing, the Parties stipulate and the Court ORDERS as follows:

1. All Nielsen ratings materials shall be marked as "CONFIDENTIAL" pursuant to the Parties' December 14, 2014 Stipulated Protective Order and shall be

Kendall Brill
& Klieger LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

241968.3     1     Case No. 2:14-CV-05516 GHW (Ex)
STIPULATED PROTECTIVE ORDER CONCERNING USE OF NIELSON RATINGS MATERIALS

1  subject to the protections for CONFIDENTIAL information set forth in the
2  December 14, 2014 Stipulated Protective Order.
3      2. This Stipulation and Protective Order contemplates that certain
4  information may be extracted from Nielsen ratings materials and/or that summaries
5  (including tables, charts, graphs, etc.) of information contained in such materials
6  may be prepared, and that such extracts or summaries may be offered as evidence at
7  trial.  In addition, the Parties to the action recognize that certain witnesses may wish
8  to testify concerning information contained in Nielsen ratings materials.  The
9  provisions of this Stipulation and Protective Order relating to Nielsen ratings
10 materials shall be equally applicable to such extracts, summaries, and testimonies
11 based on such documents.
12     3. The Parties agree and stipulate that the data contained in the Nielsen
13 ratings materials is a reasonably accurate representation of television viewing in the
14 relevant geographic area, and that such data is admissible as evidence to show such
15 facts (provided that such facts are themselves relevant and material to any particular
16 issue on which they may be offered).
17     4. The Parties agree not to assert and do hereby waive any objections to
18 admissibility of any Nielsen ratings materials on the grounds that they may
19 constitute hearsay, or that they contain opinions, or that they are not the best
20 evidence of information reported therein.
21     5. The Parties agree not to assert and do hereby waive any objections to the
22 authenticity and genuineness of the Nielsen ratings materials.
23     6. The Parties agree that neither Nielsen nor any Nielsen officer, director,
24 employee, agent, or other individual will be subpoenaed or otherwise required to
25 testify in any manner concerning any Nielsen ratings materials to be offered into
26 evidence, and further that the methodology utilized by Nielsen will not be an issue
27 that is contested in this lawsuit.
28

Kendall Brill
& Klieger LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

241968.3                                      2                         Case No. 2:14-CV-05516 GHW (Ex)
STIPULATED PROTECTIVE ORDER CONCERNING USE OF NIELSON RATINGS MATERIALS

7. The Parties agree to provide Nielsen with copies of any Exhibits derived from Nielsen ratings materials ten (10) days before the time such Exhibits are presented to the Court or offered into evidence.

8. All notices concerning this Stipulation to Nielsen shall be mailed to Nielsen at the time that the notice to Nielsen is to be given as follows:

> Eric Rubenstein
> General Counsel – Global Media
> The Nielsen Company
> 770 Broadway
> New York, New York 10003

The parties giving the notice shall also telephone the fact of the notice to the General Counsel of The Nielsen Company - Media by calling 646-654-5042.

9. The terms of this Stipulation and Protective Order shall survive and remain in force and effect after the termination of this litigation and may not be altered or modified except by written stipulation executed by all Parties hereto and approved by Nielsen.

10. It is agreed between the parties that Nielsen shall not be considered a party to this lawsuit, but the Parties hereto agree that Nielsen shall have the right to enforce this Stipulation and Protective Order before this Court at any time during or after this litigation.

**IT IS SO ORDERED.**

DATED: 8/17, 2015

Hon. Charles Eick
United States Magistrate Judge

Kendall Brill & Klieger LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

241968.3                                3                         Case No. 2:14-CV-05516 GHW (Ex)
STIPULATED PROTECTIVE ORDER CONCERNING USE OF NIELSON RATINGS MATERIALS