JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD POSTMAN,<br><br>    Plaintiffs,<br><br>  v.<br><br>SPIN MASTER, LTD., et al.,<br><br>    Defendants. | Case No.  CV 14-5516-GW(Ex)<br><br>**ORDER TO DISMISS WITH PREJUDICE** |

Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is hereby dismissed with prejudice in its entirety.  Each party will bear its own attorneys' fees, costs, and expenses.

IT IS SO ORDERED.

Dated: March 8, 2016                              BY THE COURT

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE